Anna Marie Brown, appellee, v. Yellow Cab Company, appellant. Gen. No. 32,949.

Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

Samuels, Costello & Greenberg, John E. Kehoe, and Busby, Weber, Miller & Donovan, for appellant; Benjamin Samuels, of counsel. Murphy O. Tate, for appellee; Leo M. Tarpey, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.